| |
|---|
| **UNITED STATES BANKRUPTY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Marie-Ann Greenberg MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** |
| **IN RE:** <br><br> **LOUIS KOJCEVSKI** <br> **AZRA KOJCEVSKI,** <br><br>              **Debtors** |

Case No.:  11-29859 RG

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $9,206.40, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:     PNC BANK
                         249 FIFTH AVENUE
                         ONE PNC PLAZA
                         PITTSBURGH, PA  15222

Amount:                  $9,206.40

Trustee Claim Number:    8

Court Claim Number:      15

Reason:                  Can't ID

                         By:  /S/  Marie-Ann Greenberg
Dated: July 25, 2016          MARIE-ANN GREENBERG
                              CHAPTER 13 STANDING TRUSTEE